IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff**<br><br>v.<br><br>$15,000.00 IN U.S. CURRENCY,<br>**Defendant.** | CIVIL NO. 18- |

**VERIFIED COMPLAINT FOR FORFEITURE IN REM**

TO THE HONORABLE COURT:

COMES NOW, plaintiff, the United States of America, by and through its undersigned attorneys, Rosa Emilia Rodríguez-Vélez, United States Attorney for the District of Puerto Rico; Héctor E. Ramírez-Carbó, Assistant United States Attorney, Chief Civil Division, and Rafael J. López-Rivera, Assistant U.S. Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure.

NATURE OF THE ACTION

1. This is a civil action in rem brought to enforce the provisions of Title 21, United States Code, Sections 841(a)(1), 843(b), 846 and 881(a)(6) and Title 18, United States Code, Section 1956(a)(1)(B)(i).

DEFENDANT IN REM

2. The defendant currency seized by an officer of the United States Postal Inspection Service ("USPIS"), consists of $15,000.00 in U.S. currency.

JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over an action commenced by the United States

1

pursuant to Title 28 United States Code, Section 1345; over an action for forfeiture pursuant to Title 28, United States Code, Section 1355; and over this particular action pursuant to Title 21, United States Code, Sections 841(a)(1), 843(b), 846 and 881(a)(6) and Title 18, United States Code, Section 1956(a)(1)(B)(i).

4. This Court has in rem jurisdiction over the defendant currency pursuant to Title 28, United States Code, Section 1355(b)(1)(A) (acts and omissions giving rise to the forfeiture occurred in this district) and Section 1355(b)(1)(B) (the defendant currency is found in this district).

5. Venue is proper in this district pursuant to Title 28, United States Code, Section 1355(b)(1)(A) (acts and omissions giving rise to the forfeiture occurred in this district) and Section 1395 (the defendant currency is found in this district).

BASIS FOR FORFEITURE

6. This is a civil action in rem brought to enforce the provisions of Title 21, United States Code, Sections 841(a)(1) (Unlawful acts), 843(b) (Communication facility), 846 (Attempt and conspiracy), and 881(a)(6) for all moneys, negotiable, instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of this subchapter, all proceeds traceable to such an exchange. Additionally this civil action is brought to enforce the provisions of Title 18, United States Code, Section 1956(a)(1(B)(i), for moneys representing proceeds of specified unlawful activities, that is, the felonious manufacture, importation, receiving, concealment, buying, selling or otherwise dealing in controlled substances (as defined in section 102 of the Controlled Substances Act), set forth in Title 18, United States Code, Section 1961(1), punishable under any law of the United States including Title 21, United States Code, Sections 841(a)(l) and 846 knowing that the transactions.

2

## FACTS

7. The facts and circumstances supporting the seizure and forfeiture of the defendant currency are contained in the Title 28, United States Code, Section 1746 unsworn declaration of the USPIS, U.S. Postal Inspector, Brian C. Thompson attached hereto, and incorporated herein as if fully stated.

## CLAIM FOR RELIEF

WHEREFORE, the United States of America prays that a warrant of arrest for the defendant currency be issued; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant currency condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 5th day of November, 2018.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

S/Héctor E. Ramírez-Carbó
Héctor E. Ramírez-Carbó
Assistant U.S. Attorney
Chief Civil Division
USDC-PR-NO. 214902
UNITED STATES ATTORNEY'S OFICE
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Phone Number: (787)766-5656
Hector.E.Ramirez@usdoj.gov

S/Rafael J. López-Rivera
Rafael J. López-Rivera
Assistant United States Attorney
USDC-PR No. 221213
UNITED STATES ATTORNEY'S OFICE
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Phone Number: (787) 766-5656
Rafael.j.lopez@usdoj.gov

VERIFIED DECLARATION

I, Rafael J. López-Rivera, Assistant U.S. Attorney, for the District of Puerto Rico, declare under penalty of perjury as provided by Title 28, United States Code, Section 1746, the following:

That the foregoing Complaint is based on reports and information furnished to me by the USPIS; that everything contained therein is true and correct to the best of my knowledge and belief.

Executed in San Juan, Puerto Rico, this 5th day of November, 2018.

_____
Rafael J. López-Rivera
Assistant U.S. Attorney


VERIFIED DECLARATION

I, Brian C. Thompson, U.S. Postal Inspector, USPIS declare as provided by Title 28, United States Code, Section 1746, the following:

I have read the contents of the foregoing Complaint for Forfeiture in Rem and the attached unsworn declaration thereto, and I find the same to be true and correct to the best of my knowledge and belief.   I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Juan, Puerto Rico, this 5th day of November, 2018.

_____
Brian C. Thompson, U.S. Postal Inspector
United States Postal Inspection Service (USPIS)

4

**UNSWORN DECLARATION UNDER PENALTY OF PERJURY**
**Title 28 United States Code 1746**

I, Brian C. Thompson, U.S. Postal Inspector with the United States Postal Inspection Service (USPIS), hereby declare as follows:

**PROFESSIONAL BACKGROUND**

I am a Postal Inspector with the United States Postal Inspection Service (USPIS), currently assigned to the Newark Division, San Juan Field Office, located in Guaynabo, Puerto Rico, and have so been employed since March 2006. I have received formal classroom training from the United States Postal Inspection Service during the 12-week Postal Inspector Basic Training Academy at the Career Development Unit in Potomac, Maryland. I also have had additional training and experience with other U.S. Postal Inspectors and federal and local law enforcement agents in connection with the investigation of the use of the U.S. Mail or in connection to the U.S. Postal Service ("USPS"), property of the USPS and other postal offenses, as set forth in Title 18, United States Code § 3061. As such, I am an "investigative or law enforcement officer" within the meaning of Title 18, United States Code, § 2510(7). That is, I am an officer of the United States who is empowered by law to conduct investigations and to make arrests for crimes furthered through the use of the U.S. Mail or in connection to the U.S. Postal Service.

I am currently assigned to the San Juan Prohibited Mail Team and am primarily responsible for investigations involving the illegal use of the U.S. Mail in the trafficking of narcotics and firearms. As a result, I have conducted numerous firearms and narcotics investigations involving the transportation of firearms and controlled substances; as well as those involving proceeds derived from the distribution of firearms and controlled substances via the mail, in violation of Title 18 United States Code, §§ 922 (a)(1)(a) & (a)(3), and 1715, and 21 United States Code, §§ 841 (a)(1),

843(b), and 846. As a Postal Inspector, I have also worked on several investigations involving the use of the U.S. Mail and the Postal Service to launder and smuggle currency derived from specified unlawful activities, including narcotics distribution, in violation of 18 United States Code, §§ 981, 982, 1956, and 1957, and Title 31, United States Code, § 5325. Additionally, I have also participated in several interdiction operations targeting parcels containing illegal firearms, narcotics, and proceeds thereof, both in San Juan and elsewhere in the continental United States. While conducting investigations relative to the mailing of firearms, narcotics and currency, I have had the opportunity to become familiar with known trafficking sources and destination areas, various smuggling methods and techniques used by traffickers, as well as the manner in which traffickers package illicit firearms, narcotics, and related proceeds.

This Unsworn Declaration is submitted in support of a verified complaint of forfeiture, which involves the offenses detailed in Section 881(a)(6) of Title 21, United States Code, particularly all moneys, negotiable instruments, securities or other things of value furnished or intended to be furnished by any person in exchange for controlled substance or listed chemicals, in violation of the subchapter, all proceeds traceable to such an exchange and all moneys, negotiable instruments and securities used or intended to be used to facilitate any violation of Title 21.

Because this declaration is submitted for a limited purpose, the undersigned has not included details of every aspect of this investigation. The facts and information contained in this unsworn declaration are based on my personal knowledge as well as observations of other Postal Inspectors involved in this investigation. All observations that were not personally made by me were relayed to me by other law enforcement officers as a result of my personal participation in the investigation of Alexis Silva-Cordero, Antonio Cruz, and others; through information obtained from other law

enforcement agencies, witnesses and reliable sources, I am familiar with the facts and circumstances of the offenses described in the "Facts" section of this unsworn declaration.

Unless otherwise noted, whenever in this unsworn declaration I assert that a statement was made, the information was provided by another law enforcement officer, to whom I have spoken or whose report I have read and reviewed.

Likewise, information resulting from the parcel interdiction and investigation, except where otherwise indicated, does not set forth my observations, but rather has been provided, directly or indirectly, through other law enforcement officers that conducted the interdiction.

## PROPERTY TO BE FORFEITED
## $15,000.00 IN U.S. CURRENCY

### INVESTIGATIVE BASIS

Based on my training and experience I have learned that:

1. The U.S. Mail is often used by narcotic traffickers to transport controlled substances, as well as U.S. currency derived from, or involved in, the distribution of controlled substances, either as payment or proceeds;

2. The drug traffickers know that both U.S. Mail, Priority Mail Express and Priority Mail, are considered First Class Mail and are therefore protected against inspection without a Federal Search Warrant;

3. That drug traffickers discern that by using Priority Mail Express and Priority Mail with Delivery Confirmation, they can track the parcels, control dispatch times and locations, and most importantly, have a guarantee of delivery in one or two business days. Moreover, traffickers also know that any delay in a Priority Mail Express parcel delivery could

represent that such parcel has been intercepted by law enforcement;

4. That law enforcement agencies have established, based upon years of experience in narcotics investigations, that the state of New York frequently receives controlled substances sent via the U.S. Mail from Puerto Rico. Furthermore, Puerto Rico is a known destination for the returning proceeds or payments of such narcotics from New York;

5. That, in addition to the aforementioned, it is customary for narcotics traffickers to hand write the labels attached to the mail piece instead of using a pre-printed label. Pre-printed labels are customary with most legitimate businesses utilizing the Priority Mail Express service;

6. That individuals who regularly handle controlled substances often leave the scent of controlled substances on the box, packaging materials, and U.S. currency they handle, and that packaging materials are often stored in close proximity to the controlled substances transferring the odor to the packaging materials;

7. That narcotic canines, also known as K-9, are trained to alert to the smell of various chemicals present in illegal narcotic drugs, such as methyl benzoate, a chemical present in cocaine;

8. That USPIS Inspectors know from training and experience that individuals who traffic in controlled substances rarely include any type of instruction with the proceeds, unlike legitimate businesses or gifts whose note, letter, receipt, or coupon is included with the cash or monetary instruments;

9. Postal Inspectors have found, in most cases, narcotics payments have been primarily in twenty-dollar denominations.

# FACTS

10. On July 25, 2018, at the USPS General Post Office located in San Juan, Puerto Rico, Priority Mail Express parcel EL821453604US, addressed to "(727) 653-0743, ALexis SiLVa Corder, BO. GUAniQuillA., carr 441 Buzon 444-A, AGUADA. P.R. 00602, with a return address of "117 S Dr Martin Luther King, atLantic City NJ. 08401, Antonio Cruz", was identified by Postal Inspectors as meeting the initial suspicious characteristics of a narcotics mailing.

11. The subject parcel was a rectangular shaped white USPS Priority Mail Express envelope with clear tape, had a hand written label, weighed approximately two (2) pounds, and five (5) ounces, and measured approximately 12" x 9" x 2". The parcel had affixed to it U.S. Postage Meter strip number R2305M146080-10, with a postage amount of $24.70. The meter was from Atlantic City, NJ, dated July 24, 2018.

12. On August 26, 2018, at the U.S. Postal Inspection Service facility, located in Guaynabo, Puerto Rico, the parcel was placed for exterior examination by a narcotics detection canine from the U.S. Customs and Border Protection. According to the officer who handled the canine, "Honzo" exhibited a change of behavior consistent with the presence of various odors of controlled substances.

13. On July 30, 2018, Federal Search Warrant 18-1142(M), dated July 27, 2018, was executed on Priority Mail Express parcel EL821453604US. The parcel was opened and found inside was one (1) bundle containing three (3) adult magazines, a "Penthouse", a "Hustler", and a "Gent"; and one (1) adult DVD wrapped in green plastic wrap. Concealed within the pages of one of the magazines was U.S. currency in $20, $50, and $100 denominations totaling $15,000.00. There were no notes or instructions in the parcel.

14. According to a postal manager from the USPS Atlantic City Carrier Annex, the return address on the label of the subject parcel, 117 S Dr. Martin Luther King, Atlantic City NJ 08401, is recognized by the U.S. Postal Service as a deliverable address, however, it is missing an apartment number. Antonio Cruz is not a known mail recipient at this address. However, according to the address building administrator, there is a person staying at apartment 5-C with the alias or last name of Cruz. The Postal Inspection Service attempted to contact the telephone number found with the return address of the parcel, (727) 653-0743 to no avail; it was a non-working number.

15. According to a carrier supervisor from the USPs Aguada Main Office, the delivery address found on the label of the subject parcel, Bo. Guaniquilla, Carr 441 Buzon 444, is recognized by the U.S. Postal Service. Alexis Silva Cordero is a known mail recipient at the address.

16. On August 24, 2018, a Probable Cause Verification was approved by the Postal Inspection Service, Division Inspector Attorney for the seizure of $15,000.00 in U.S. currency. Notices were sent to all interested parties on September 7, 2018. Internet advertisement was posted on September 10, 2018 in the Forfeiture.gov website for 30 consecutive days.

17. On September 28, 2018, a valid Claim was received at the U.S. Postal Inspection Service, Asset Forfeiture Unit from Alexis Silva-Cordero. Silva-Cordero claims to be the rightful owner of the $15,000.00 in U.S. currency seized by Postal Inspectors.

18. According to Silva-Cordero, he was selling a 2008 Toyota Highlander, with VIN JTEDS41A382032740, for the amount of $15,000.00 to Antonio Cruz, who sent him the money in cash. Silva-Cordero included with the claim a copy of the title for the vehicle as evidence.

19. On October 2, 2018, a letter was sent from the San Juan Postal Inspection Service, to Alexis Silva-Cordero, Barrio Guaniquilla, Carretera 441, Buzon 444-A, Aguada, PR 00602. The letter was requesting information and/or evidence as following:

    1. You included a copy of the Title for a 2008 Toyota Highlander. However, this Title only indicates that you are the owner of the vehicle, it does not represents a sale contract or evidence that you sold the vehicle. Provide evidence of the sales contract or transactions.

    2. Provide a statement from Antonio Cruz with the following:

        a. Description of the circumstances involving the seized currency.
        b. Employment evidence.
        c. Provide phone number and complete address.
        d. A copy of the bank statement indicating the withdrawal of $15,000.00, or any other evidence of the legitimacy of the currency.
        e. As the mailer of the Express Mail parcel, describe the content and concealment method of the U.S. currency inside the parcel and the reason to use such concealment.
        f. The reason why cash was sent instead of a financial instrument such as a personal check, business check, manager's check, or money orders.

20. On October 12, 2018, a document titled "Statement from Antonio Cruz" was received via FAX in the Inspection Service. The document contained the following:

    a. Alex wanted to borrow money and offered to give me the title to a car to hold.
    b. I am self-employed sub-contractor and part time event promoter for a bar.
    c. Phone 609-665-3396 Present address: 117 s. MLK blvd., atlantic city nj
    d. The money came from my savings I had on hand.
    e. It was wrapped inside a magazine so that it would not be stolen.
    f. I do not have a bank account or credit card

21. No response have been received from Alexis Silva-Cordero. According to Antonio Cruz, Silva-Cordero was borrowing the money and sent him the title to hold. This is differing from Cruz-Cordero's statement in which he said he was selling a 2008 Toyota Highlander.

22. According to U.S. Postal Service records, the USPS money orders have been found with the

7

name of Alexis Silva-Cordero and deposited into his personal account:

23. On 8/16/2016, four money orders were structurally purchased. The purchase of the money orders was split in two to avoid reporting.

24. On September 7, 2016, six money orders for a total of $5,000.00 were structurally purchased. Two were purchased in Post Office 19120 for the total amount of $2,000; and three were purchased in Post Office 19141 for the total amount of $3,000. No record was found of the require Form 8105-A; this could indicate structuring by two or more individuals making the purchase.

25. On March 8, 2018, two money orders were purchased in Ohio, for the total amount of $2,000. On the next day, March 9, 2018, two money orders were purchased in Ohio, for the total amount of $2,000.

26. Numerous Western Union money orders were also deposited into Silva-Cordero's personal account. When Silva-Cordero was questioned by bank officials for the origination of the deposits, Silva stated was from the sale of cars. Bank records indicted Silva-Cordero was a firefighter. All the money orders were purchased in the area of Pennsylvania and Ohio.

27. All money orders were deposited with the senders section in blank.

| Date Purchased | Serial Number | Amount | Post Office | Pay To | Bank of Deposit | Account Number |
|---|---|---|---|---|---|---|
| 8/16/2016 | 23502865140 | $1,000.00 | 19124/PA | Alexis Silva Cordero | Banco Cooperativo | 01-158309-06 |
| 8/16/2016 | 23502865151 | $1,000.00 | 191242/PA | Alexis Silva Cordero | Banco Cooperativo | 01-158309-06 |
| 8/16/2016 | 23502865173 | $1,000.00 | 191242/PA | Alexis Silva Cordero | Banco Cooperativo | 01-168309-06 |
| 8/16/2016 | 23502865184 | $1,000.00 | 191242/PA | Alexis Silva Cordero | Banco Cooperativo | 01-168309-06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/7/2016 | 24007818363 | $1,000.00 | 191201/PA | Alexis Silva Cordero Bo Guaniquilla Arroba. Agiada PR 00602 | Banco Cooperativo | 01-168309-06 |
| 9/7/2016 | 24007818396 | $1,000.00 | 191201/PA | Alexis Silva Cordero Bo Guaniquilla Arroba. Agiada PR 00602 | Banco Cooperativo | 01-168309-06 |
| 9/7/2016 | 24014027384 | $1,000.00 | 191411/PA | Alexis Silva Cordero Bo Guaniquilla Arroba. Agiada PR 00602 | Banco Cooperativo | 01-168309-06 |
| 9/7/2016 | 24014027395 | $1,000.00 | 191411/PA | Alexis Silva Cordero Bo Guaniquilla Arroba. Agiada PR 00602 | Banco Cooperativo | 01-168309-06 |
| 9/7/2016 | 24014027406 | $500.00 | 191411/PA | Alexis Silva Cordero Bo Guaniquilla Arroba. Agiada PR 00602 | Banco Cooperativo | 01-168309-06 |
| 9/7/2016 | 24014027417 | $500.00 | 191411/PA | Alexis Silva Cordero Bo Guaniquilla Arroba. Agiada PR 00602 | Banco Cooperativo | 01-168309-06 |
| 3/8/2018 | 25046858790 | $1,000.00 | 440520/OH | Alexis Silva Cordero | Baxter Credit Union, IL | 3755915 |
| 3/8/2018 | 25046858801 | $1,000.00 | 440520/OH | Alexis Silva Cordero | Baxter Credit Union, IL | 3755915 |
| 3/9/2018 | 25046858957 | $1,000.00 | 440520/OH | Alexis Silva Cordero | Baxter Credit Union, IL | 3755915 |
| 3/9/2018 | 25046858968 | $1,000.00 | 440520/OH | Alexis Silva Cordero | Baxter Credit Union, IL | 3755915 |

Based on the facts (1) of the suspicious manner in which defendant money was transferred, not wired, not sent by check, but rather sent uninsured, overnight by Priority Mail Express shipment which was paid for in cash; (2) since 2016, there is an indication of money laundering by structuring the purchase of money orders and depositing into an account without the remitter/sender's name; (3) of the substantial amount of cash involved, $15,000.00; (4) and the dog sniff - a trained narcotics

canine, who alerted positive to the package; the undersigned believes that the $15,000.00 in U.S. Currency seized from Alexis Silva-Cordero, constitutes proceeds derived from the illegal sale of narcotics in violation of Title 21, United States Code, § § 841 (a)(1), 843(b), and 846.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief, pursuant to Title 28, United States Code, § 1746.

In San Juan, Puerto Rico, this 5th day of November, 2018.

_____
Brian C. Thompson, US Postal Inspector
United States Postal Inspection Service (USPIS)
San Juan, Puerto Rico

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
$15,000.00 in U.S. currency,

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Rafael J. López-Rivera, AUSA, 350 Carlos Chardón Ave, Suite 1201, Hato Rey, PR 00918

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / PERSONAL PROPERTY / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☒ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 21, United States Code, Sections 841(a)(1), 843(b), 846 and 881(a)(6) and Title 18, United States Code, Section 1956(a)(1)(B)(i).

## VII. REQUESTED IN COMPLAINT:
only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____  DOCKET NUMBER _____

DATE: 11/5/2018

SIGNATURE OF ATTORNEY OF RECORD
S/Rafael J. López-Rivera

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

 **United States District Court** *for the* **District of Puerto Rico**

## CATEGORY SHEET

1. Title of Case (Name of first party on each side only)
   
   US v. $15,000.00 U.S. currency,

2. Category in which case belongs: (See Local Rules)
   
   __X__ ORDINARY CIVIL CASE    CIVIL FORFEITURE
   _____ SOCIAL SECURITY
   _____ BANK CASE
   _____ INJUNCTION

3. Title and number, if any, of related cases (See Local Rules)
   
   _____
   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this Court?
   
   ☐ YES    ☒ NO

5. Is this case required to be heard and determined by a District Court of three judges pursuant to Rule 28 U.S.C. 2284?
   
   ☐ YES    ☒ NO

6. Does this case question the constitutionality of a state statute (FRCP 24)?
   
   ☐ YES    ☒ NO

(Please Print)

USDC ATTORNEY'S ID NO.: 221213

ATTORNEY'S NAME: Rafael J. López-Rivera

MAILING ADDRESS: TORRE CHARDON, SUITE 1201, 350 CARLOS CHARDON AVE

HATO REY   PR    ZIP CODE 00918

TELEPHONE NO.: 787-766-5656